# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **22 Mag 8738**　　　　　　　　　　　Date **December 12, 2022**

USAO No. **2022R01301**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint　　　　☐ Removal Proceedings in

*United States v.* **Luis Encarnacion**

The Complaint/Rule 40 Affidavit was filed on **October 28, 2022**

✓ *U.S. Marshals please withdraw warrant*

**ANDREW JONES** — Digitally signed by ANDREW JONES, Date: 2022.12.12 13:00:34 -05'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**Andrew Jones**

(print name if signature handwritten)

**SO ORDERED:**

DATE: **December 13, 2022**

_____
JAMES L. COTT
United States Magistrate Judge